**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pablo GUERRERO–RIVERA, also known as Pablo Eleazar Guerrero, also known as Pablo Eleazar Rivera, also known as Pablo Robert Guerrero, also known as Pablo Guerrero, Defendant–Appellant.**

No. 04–10378.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

David Lee Jarvis, Assistant U.S. Attorney, Delonia Anita Watson, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Pablo Guerrero–Rivera, Edgefield, SC, pro se.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Pablo Guerrero–Rivera has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guerrero–Rivera has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.